**Jerry PLYMALE, Petitioner,**

v.

**APOGEE COAL COMPANY; Director, Office Of Workers' Compensation Programs, United States Department Of Labor, Respondents.**

No. 02–1677.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2002.

Decided Dec. 4, 2002.

S.F. Raymond Smith, Rundle & Rundle, L.C., Pineville, West Virginia, for Petitioner. Mary Rich Maloy, Jackson & Kelly, P.L.L.C., Charleston, West Virginia, for Respondents.

Before WILLIAM D. WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry Plymale seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Plymale v. Apogee Coal Co.*, No. 01–0823–BLA (BRB May 23, 2002). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*